# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 15, 2018

## NO. 03-18-00230-CV

**Metropolitan Water Company, L.P.; and Met Water Vista Ridge, L.P., Appellants**

**v.**

**Blue Water Systems, L.P.; and Blue Water 130 Project, L.P., Appellees**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order on summary judgment signed by the trial court on March 30, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.